CV 19 0495 RS PR

Dear Sir:

On September 13th, 2018, I filed a writ of habeus corpus in the Supreme Court of California, # S251310, and as of yet I've received no response. I am submitting this writ of habeus corpus as per instructions contained in a letter from appellate attorney advising me to file this writ no later than one year and 90 days from the day the Supreme Court denied review.

Appellate attorney's letter is the only source of information I have about the writ other than the actual form used to submit the writ.

The so-called legal library has no legal references a source material about filing a writ and the library clerks have no experience with this.

I hope I have followed protocol in filing this, if not please advise and I will correct any problems.

Thank you,

Daniel Vezina

Copy of letter included.

FILED

JAN 28 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA